Andres Molina Ortiz
74 Fillmore Avenue, Apartment 1
Buffalo, NY 14210
Telephone: 716-936-2428

October 20, 2017

Hon. Frank P. Geraci, Jr., Chief Judge
United States District Judge
100 State Street
Rochester, New York 14614

Re:   USA v. Daniel Molina-Rios

Dear Chief Judge Geraci,

I am writing you about my son, who will be sentenced before you in November. I can tell you that my son has his faults, but knowing him all of his life, almost everything he ever did wrong stemmed from his use and abuse of drugs.

We have a large family that comes from Ponce, Puerto Rico and they are all proud, working people who have never been involved with the court system or jail. I remember when Danny first started to smoke marijuana as a teenager from time to time and his legal problems started little by little as his drug use progressed. Eventually he graduated to hard drugs and had a very harmful daily addiction that he has never been able to overcome. I watched this lead to problems with the law and of course economic desperation. He took copper and other scrap metal in for money to buy drugs. It's sad to lose a son. Danny even made himself sick with Hepatitis C from daily IV drug use. The amazing thing is he still always treated the people around him, his family and friends, with the utmost respect and love even though he was using heroin on a daily basis for the last 15 years. I would call him a functioning addict because he seemed to remain able to get things done, and help around the house I own, at 74 Fillmore Avenue.

Danny was raised going to the church and knows right from wrong. I hope the Court can show him some mercy in deciding his future. Thank you for your understanding and experience.

Sincerely,

*[signature: Andres Molina]*
ANDRES MOLINA ORTIZ